```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 10207
   JONATHAN KELLY
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-1279


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 06/07/2007 and was not confirmed.

     The case was dismissed without confirmation 12/19/2007.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------------
ASSET ACCEPTANCE LLC     UNSECURED           177.25            .00            .00
AMC MORTGAGE SERVICES    CURRENT MORTG          .00            .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE     41024.14            .00            .00
SPECIALIZED LOAN SERVICI CURRENT MORTG          .00            .00            .00
SPECIALIZED LOAN SERVICI MORTGAGE ARRE     27705.44            .00            .00
REAL TIME RESOLUTION     CURRENT MORTG          .00            .00            .00
REAL TIME RESOLUTION     SECURED NOT I          .00            .00            .00
NEW JERSEY HIGHER EDUCAT UNSECURED          6580.18            .00            .00
SPECIALIZED LOAN SERVICI CURRENT MORTG          .00            .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          4636.38            .00            .00
PRO SE DEBTOR            DEBTOR ATTY           .00                           .00
TOM VAUGHN               TRUSTEE                                             .00
DEBTOR REFUND            REFUND                                         2,324.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                  2,324.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                        2,324.00
                         --------------          --------------
TOTALS                   2,324.00                    2,324.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 10207 JONATHAN KELLY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 10207 JONATHAN KELLY